

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00282-CV

STEPHEN ANTHONY JACKSON
AND LISA OLIVIA BELL

APPELLANTS

V.

ELDORADO ESTATES WEST
HOMEOWNER'S ASSOCIATION,
INC.

APPELLEE

-----------

FROM THE 393RD DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On September 10, 2013, we notified appellants, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless the $175

---

[1]*See* Tex. R. App. P. 47.4.

filing fee was paid. *See* Tex. R. App. P. 42.3(c).[2] Appellants have not paid the $175 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Because appellants have failed to comply with a requirement of the rules of appellate procedure[3] and the Texas Supreme Court's order of August 28, 2007,[4] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: October 10, 2013

---

[2]On September 10, 2013, we also notified appellants that their docketing statement had not been filed and directed them to file a docketing statement no later than Friday, September 20, 2013. *See* Tex. R. App. P. 32.1. Appellants have not filed a docketing statement.

[3]In addition to the failure to pay the filing fee and to file a docketing statement, appellants failed to comply with a letter dated August 14, 2013, directing them to file an amended notice of appeal by September 13, 2013, that contained the signature of both appellants. *See* Tex. R. App. P. 9.1(b), 25.1(d)(4).

[4]*See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).